

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MONTANA**
U. S. Probation Office

**FILED**

OCT 22 2014

Clerk, U S District Court
District Of Montana
Billings

JAMES G. PATELIS
Chief U.S. Probation Officer

**RECEIVED**

OCT 21 2014

CLERK, U.S. DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS, MONTANA

2601 2nd Ave. North, Ste. 1300
Billings, MT 59101
(406) 657-6287
Fax - (406) 657-6291

October 21, 2014

Clerk of District Court
2601 2nd Ave. North, Ste. 1200
Billings, MT 59101

RE: **ROMERSA, Mitchell John**
**Docket No. CR 11-32-BLG-SPW-01**
**TRANSFER OF JURISDICTION**

---

Please present the enclosed Prob 22 "Transfer of Jurisdiction" form to The Honorable U.S. District Judge Susan P. Watters for her signature and return both copies to the undersigned at your first opportunity. The District of Oregon has requested a jurisdictional transfer.

Thank you for your prompt handling.

Ruth Hoots
U. S. Probation Clerk

Enclosures

# United States District Court
## District of Oregon—Probation Office

WILLIE BLASHER, JR.
ACTING CHIEF U.S. PROBATION OFFICER

**HEADQUARTERS**
MARK O. HATFIELD U.S. COURTHOUSE
1000 SW THIRD AVE., SUITE 340
PORTLAND, OR 97204
(503)326-8600 FAX (503)326-8700

*PLEASE REPLY TO PORTLAND*

20370 EMPIRE AVE., SUITE C-1
BEND, OR 97701
(541)385-4937 FAX (541)385-4939

WAYNE L. MORSE U.S. COURTHOUSE
405 E EIGHTH AVE., SUITE 1000
EUGENE, OR 97401
(541)431-4060 FAX (541)431-4069

JAMES A. REDDEN U.S. COURTHOUSE
310 W SIXTH ST., ROOM 323
MEDFORD, OR 97501
(541)608-8780 FAX (541)608-8789

530 CENTER ST. NE, ROOM 406
SALEM, OR 97301
(503)399-5715 FAX (503)399-5735

October 20, 2014

James Patelis, Chief U.S. Probation Officer
2601 2nd Ave. N., Suite 1300
Billings, MT 59101

RE: **Romersa, Mitchell John**
    DOB:        6/15/1961
    Reg. No.:   11243-046
    Docket No.: 0977 1:11CR00032-BLG-RFC-01

**TRANSFER OF JURISDICTION**

Dear CUSPO Patelis:

On October 4, 2012, Romersa pled guilty to Wire Fraud and Money Laundering and was sentenced to 48 months imprisonment, followed by a 3-year term of supervised release. Romersa commenced his term of supervised release in the District of Oregon on October 2, 2014.

Romersa is currently residing at 570 NW 173rd Ave., Beaverton, OR. He is currently working as a painter. He has family living in the Portland area and he reports he has no plans to return to the District of Montana. In addition, he has been accepted to participate in the Portland Reentry Court Program.

Please initiate transfer of jurisdiction to the District of Oregon.

Thank you for your assistance in this matter. If you have any questions or need additional information, please call me at 503-326-8619.

Sincerely,

*Sara Gnewikow*

Sara Gnewikow
Sr. U.S. Probation Officer

SG#45667

| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBERS *(Tran. Court)* CR 11-32-BLG-SPW-01 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: **MITCHELL JOHN ROMERSA** 570 NW 173RD Ave. Beaverton, OR | DISTRICT **District of Montana** | DIVISION **Billings** |
|---|---|---|
| | NAME OF SENTENCING JUDGE **Senior U. S. District Court Judge Richard F. Cebull reassigned to U.S. District Court Judge Susan P. Watters** | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 10/02/2014 — TO 10/02/2017 |

OFFENSE
Ct. I:   18 U.S.C. § 1343   Wire Fraud
Ct. II:  18 U.S.C. § 1957   Money Laundering

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **DISTRICT OF MONTANA**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **District of Oregon** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_Oct. 22, 2014_
Date

_Susan P. Watters_
United States District Court Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **DISTRICT OF OREGON**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____
Effective Date

_____
United States District Court Judge